IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| SHERRIE VERNON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CIV. ACTION NO. 2:20-cv-597-SRW<br>)<br>VENGROFF WILLIAMS, INC., )<br>)<br>Defendant. ) | |

**ORDER**

This matter is before the court on the defendant's motion for attorneys' fees (Doc. 12) and its subsequent motion to withdraw the same (Doc. 16). Upon consideration, it is

ORDERED that Doc. 16 is GRANTED. The Clerk of Court shall terminate the pending motion for attorney's fees (Doc. 12). This case remains closed.

DONE on this the 11th day of January, 2021.

/s/ Susan Russ Walker
Susan Russ Walker
United States Magistrate Judge